UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NUMBER CR2-10-223

v.

JUDGE EDMUND A. SARGUS, JR.

ROBERT JEFFREY JOHNSON

### ORDER

The undersigned recuses himself from this case. The Clerk shall utilize the random draw and assign a new judge to this matter.

**IT IS SO ORDERED.**

8-4-2011
**DATE**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE